UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

ANTOINE HILL,

                              Plaintiff,

-against-

Police Officer CHRISTOPHER KELLEY, Shield No. 6065;
Sergeant BRIAN DADON, Shield No. 2067; Police Officer
DENIS SKURZEWSKI, Shield No. 13161; Police Officer
BERNABE ARRIAGA, Shield No. 29135; and JOHN and
JANE DOE 4 though 10, individually and in their official
capacities, (the names John and Jane Doe being fictitious, as
the true names are presently unknown),

                                                    Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 539 (WFK) (CLP)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Harvis, Wright & Fett, LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, New York 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Kelley, Dadon,*<br>*Skurzewski and Arriaga*<br>100 Church Street, Rm. 3-142<br>New York, New York 10007 |
| By: /s/ Gabriel Harvis, Esq.<br>*Attorney for Plaintiff* | By: /s/ Brian Francolla<br>*Senior Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>_____, 2014 | HON. WILLIAM F. KUNTZ<br>UNITED STATES DISTRICT JUDGE |

The application is ✓ granted.
SO ORDERED       ___ denied.
s/William F. Kuntz, II
_____
William F. Kuntz, II, U.S.D.J.
Dated: July 18, 2014
     Brooklyn, New York

2